BENJAMIN B. WAGNER
United States Attorney
Grant B. Rabenn
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00047-LJO-SKO |
| Plaintiff, | |
| v. | ORDER RE FINANCIAL DISCLOSURES |
| KODY ESTEPP, | |
| Defendant. | |

The Defendant herein, KODY ESTEPP, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information" and provide to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than June 18, 2012.

IT IS SO ORDERED.

**Dated:  May 18, 2012**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE